SHOOK, HARDY & BACON L.L.P.
Matt Light (SBN 294007)
mlight@shb.com
2049 Century Park East, Suite 3000
Los Angeles, California 90067
Telephone:  424.285.8330
Facsimile:   424.204.9093

Attorneys for Defendant
WESTERN REFINING RETAIL, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO CABALLERO, ALEX CABALLERO, and NOURA MAJOR, on behalf of themselves, and all others similarly situated, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>WESTERN REFINING RETAIL, LLC, a Delaware limited liability company; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. 8:21-cv-00018-VAP-SK<br><br>Case No. 2:21-cv-04194-VAP-SK<br><br>Assigned to: Hon. Virginia A. Phillips<br><br>**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATION TO STAY CASE** |
| AMIA DILWORTH, ALEJANDRO CABALLERO, ALEX CABALLERO, and NOURA MAJOR, as "aggrieved employees" on behalf of themselves and other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>WESTERN REFINING RETAIL, LLC, a Delaware limited liability company; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | |

1  Plaintiffs Amia Dilworth, Alejandro Caballero, Alex Caballero, and Noura Major (collectively, "Plaintiffs") and Defendant Western Refining Retail, LLC ("Defendant") (collectively, the "Parties") hereby stipulate as follows:

   1. WHEREAS, the Parties have reached an agreement in principle to settle this action and are in the process of preparing a long form settlement agreement.

   2. WHEREAS, under the Court's Civil Trial Scheduling Order (Dkt. 37), Plaintiffs' deadline to file a motion for class certification is April 18, 2022.

   3. THEREFORE, in light of the foregoing and to further judicial economy, the Parties respectfully stipulate and request an Order from this Court vacating all deadlines and staying this action so that the parties can finalize the long form settlement agreement. The parties will jointly inform the Court of their status within 60 days.

Dated: April 6, 2022                Respectfully submitted,

                                    THE SPIVAK LAW FIRM

                                    By: /s/ Caroline Tahmassian
                                        Attorneys for Plaintiffs
                                        AMIA DILWORTH; ALEJANDRO
                                        CABALLERO; ALEX CABALLERO;
                                        NOURA MAJOR

Dated: April 6, 2022                Respectfully submitted,

                                    SHOOK, HARDY & BACON L.L.P.

                                    By: /s/ Matt Light
                                        Attorneys for Defendant
                                        WESTERN REFINING RETAIL, LLC

**SIGNATURE ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2), I attest that all signatories on whose behalf this filing is submitted concur in the content of this filing and have authorized the filing, including the use of /s/ electronic signatures.

Dated: April 6, 2022                    Respectfully submitted,

                                        SHOOK, HARDY & BACON L.L.P.

                                        By: */s/ Matt Light*
                                            Attorneys for Defendant
                                            WESTERN REFINING RETAIL, LLC