1
2
3
4
5
6                                                                JS-6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

11  ALEJANDRO CABALLERO, ALEX          Case No. 8:21-cv-00018-VAP-SK
    CABALLERO, and NOURA MAJOR,
12  on behalf of themselves, and all others    Case No. 2:21-cv-04194-VAP-SK
    similarly situated, an individual,
                                       Assigned to: Hon. Virginia A. Phillips
13              Plaintiffs,
                                       [PROPOSED] ORDER GRANTING
14              vs.                     STIPULATION OF DISMISSAL OF
                                       ENTIRE ACTION WITH
15  WESTERN REFINING RETAIL, LLC,       PREJUDICE
    a Delaware limited liability company;
16  and DOES 1-50, inclusive,

17              Defendants.

18  AMIA DILWORTH, ALEJANDRO
    CABALLERO, ALEX CABALLERO,
19  and NOURA MAJOR, as "aggrieved
    employees" on behalf of themselves and
20  other "aggrieved employees" under the
    Labor Code Private Attorneys General
21  Act of 2004,

22              Plaintiffs,

23              vs.

24  WESTERN REFINING RETAIL, LLC,
    a Delaware limited liability company;
25  and DOES 1-50, inclusive,

26              Defendants.

27

28

**[PROPOSED] ORDER**

The Court, having reviewed the parties' Stipulation of Dismissal of Entire Action With Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, hereby GRANTS the stipulation and ORDERS as follows:

This entire action is dismissed with prejudice. Each party is to bear its own costs and attorneys' fees other than those awarded by the court in the global settlement approved in *Maynor, et al. v. Western Refining Retail, LLC*, Case No. CIV SB 2209052 (San Bernardino Superior Court).

**IT IS SO ORDERED.**

Dated:  5/3/23

UNITED STATES DISTRICT COURT

_____

Hon. Virginia A. Phillips
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE